| | |
|---|---|
| 1<br>2<br>3<br>4 | McGREGOR W. SCOTT<br>United States Attorney<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney<br>4401 Federal Building<br>2500 Tulare Street<br>Fresno, California 93721<br>Telephone: (559) 497-4000 |



**SEALED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | CASE NO. 1:07-MJ-185 ~~WMW~~ SMS |
| | ) | |
| | ) | ORDER SEALING COMPLAINT, |
| | ) | AFFIDAVIT, AND ARREST WARRANT |
| v. | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| NORMAN PERCY CHENOWITH, | ) | |
| Defendant. | ) | |
| | ) | |

The United States having applied to this Court for an order permitting it to file its Complaint, Affidavit, and Arrest Warrant, together with the Government's Application to Seal, Memorandum of Law and accompanying Declaration of Kimberly A. Sanchez, under seal, and good cause appearing thereof,

IT IS SO ORDERED, that the above-listed documents in the above-entitled proceedings, together with the Application of the United States Attorney and the accompanying Memorandum of Law and Declaration of Kimberly A. Sanchez, shall be filed with this Court under <u>seal</u> and shall not be disclosed pending further order of this court.

DATED: 8-10, 2007          _____
                                            HONORABLE William M. Wunderlich
                                            U.S. Magistrate Court Judge

1