McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4000 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

**FILED**
AUG 10 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> )  <br> Plaintiff,  )  <br> )  <br> v.  )  <br> )  <br> NORMAN PERCY CHENOWITH,  )  <br> )  <br> Defendant.  )  <br> _____) | 1:07-mj-00185 SMS <br><br> ORDER TO UNSEAL COMPLAINT <br> AFFIDAVIT, AND ARREST WARRANT |

The Complaint, Affidavit, and Arrest Warrant in this case having been sealed by Order of this Court and it appearing that it no longer need remain secret as the defendant has been arrested, it is hereby

**ORDERED** this 10th day of August, 2007, that the Complaint and accompanying documents be unsealed and made public record.

DATED: AUGUST 10, 2007

_____
SANDRA M. SNYDER
U.S. MAGISTRATE JUDGE

1